**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,<br><br>        *Plaintiff*,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>        *Defendants*. | Civil Action No. 19-3489 (KBJ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Katherine B. Palmer-Ball as counsel for the Defendants in the above-captioned case.

        Respectfully submitted,

        */s/ Katherine B. Palmer-Ball*
        Katherine B. Palmer-Ball
        D.C. Bar No. 1014003
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2537
        katherine.palmer-ball@usdoj.gov

        *Counsel for Defendants*